# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TWIN MASTER FUND, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AKORN, INC., et al., <br><br> Defendants. | Civ. A. No. 1:19-cv-03648 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs Twin Master Fund, Ltd., Twin Opportunities Fund, LP, and Twin Securities, Inc. (collectively, "Plaintiffs") and Defendants Akorn, Inc., Rajat Rai, Duane A. Portwood, Alan Weinstein, Ronald M. Johnson, and Brian Tambi (collectively, the "Defendants"), that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, through their undersigned counsel, and Defendants, through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the claims asserted by Plaintiffs against Defendants, without costs to any party.

DATED: December 15, 2020

Respectfully submitted,

By: /s/ Andrew D. Campbell
Andrew D. Campbell (ARDC 6269494)
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
Tel. 312-419-6900
acampbell@novackmacey.com

*Local counsel for Plaintiffs*

By: /s/ James R. Figliulo
James R. Figliulo
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603
Tel. 312-251-5262
jfigliulo@fslegal.com

*Local counsel for Defendants*

| | |
|---|---|
| Lawrence M. Rolnick (*pro hac vice*)<br>Michael J. Hampson (*pro hac vice*)<br>Rich Bodnar (*pro hac vice*)<br>Jennifer Randolph (*pro hac vice*)<br>ROLNICK KRAMER SADIGHI LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel. 212-597-2800<br>*lrolnick@rksllp.com*<br>*mhampson@rksllp.com*<br>*rbodnar@rksllp.com*<br>*jrandolph@rksllp.com* | Robert H. Baron (*pro hac vice*)<br>Justin C. Clarke (*pro hac vice*)<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel. 212-474-1422<br>*rbaron@cravath.com*<br>*jcclarke@cravath.com*<br><br>*Counsel for Defendants*<br><br>By: /s/ *Daniel John Collins*<br>Daniel John Collins<br>Levi Giovanetto<br>Faegre Drinker Biddle & Reath LLP<br>191 North Wacker Drive<br>Suite 3700<br>Chicago, IL 60606-1698<br>Tel. 312-569-1358<br>*daniel.collins@faegredrinker.com*<br>*levi.giovanetto@faegredrinker.com*<br><br>*Counsel for Defendants Duane A. Portwood and Alan Weinstein*<br><br>By: /s/ *Tinos Diamantatos*<br>Tinos Diamantatos<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 W. Wacker Dr., Suite 500<br>Chicago, IL 60601<br>Tel. 312-324-1000<br>*tinos.diamantatos@morganlewis.com*<br><br>*Counsel for Defendant Ronald M. Johnson* |

-3-

By: /s/ *W. Gordon Dobie*
W. Gordon Dobie
Thomas G. Weber
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel. 312-558-5600
*wdobie@winston.com*
*tgweber@winston.com*

*Counsel for Defendant Brian Tambi*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 15, 2020, he caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system